In re Moses Leon FAISON, Petitioner.

No. 13–2021.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 23, 2013.

Decided: Jan. 16, 2014.

Moses Leon Faison, Petitioner Pro Se.

Before DAVIS and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Leon Faison petitions for a writ of mandamus seeking an order compelling an administrative law judge to process petitions challenging decisions of the North Carolina Innocence Inquiry Commission. We conclude that Faision is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United States v. Moussaoui,* 333 F.3d 509, 516–17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988).

The relief sought by Faison is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*